**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK MANCUSO, on behalf of himself and all others similarly situated**,**<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>RFA BRANDS, LLC, d/b/a MYCHARGE,<br><br>　　　　Defendant. | Civil Action No. 6:18-cv-06807-DGL<br><br>CLASS ACTION |

# DEFENDANT RFA BRANDS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT



PLEASE TAKE NOTICE that upon the accompanying memorandum of law and upon all the pleadings and proceedings had herein, Defendant RFA Brands, LLC ("RFA Brands"), by and through its undersigned counsel, shall move before the Honorable David G. Larimer at the United States Courthouse for the Western District of New York, 100 State Street. Rochester, New York 14614, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 8(a) dismissing Plaintiff's Complaint (Dkt. # 1), and for such other, further, or different relief as the Court deems just and proper.  Based on the foregoing, RFA Brands respectfully requests that the Court grant its Motion and dismiss Plaintiff's Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 8(a), 12(b)(1), and 12(b)(6).

                                                        Respectfully submitted,

Date: <u>January 4, 2019</u>

                                                   **BROOKS KUSHMAN P.C.**

                                                   /s/ Rebecca J. Cantor
                                                  Rebecca J. Cantor (NY Bar 4698130)
                                                  1000 Town Center, 22nd Floor
                                                  Southfield, MI  48075
                                                  Telephone: (248) 358-4400 / Fax: (248) 358-3351
                                                  Email: rcantor@brookskushman.com

                                                  *Attorneys for Defendant*



## CERTIFICATE OF ELECTRONIC SERVICE

      I hereby certify that on January 4, 2019, I electronically filed the foregoing *Notice of Motion and Motion to Dismiss the Complaint* with the Clerk of the Court for the Western District of New York using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

      **BROOKS KUSHMAN P.C.**

      /s/ Rebecca J. Cantor
Rebecca J. Cantor (NY Bar 4698130)
1000 Town Center, 22nd Floor
Southfield, MI  48075
Telephone: (248) 358-4400 / Fax: (248) 358-3351
Email: rcantor@brookskushman.com

*Attorneys for Defendant*



2